AMO-JMR:Reid\Charging Doc
Superseding Indictment
2010R01411
2011R01259
2012R00152
2012R00153
2012R00154
2012R00155
2012R00157
2012R00158

**RECEIVED**

**JUL 1 0 2012**

AT 8:30_____M
WILLIAM T. WALSH
CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.  11-706 (JHR) |
| | : | |
| JAMAL REID, a/k/a "Mal," | : | 21 U.S.C. § 846 |
| JAMAHL DANIELS, | : | 18 U.S.C. § 922(g)(1) |
| COURTNEY BROOMFIELD, a/k/a "Hi-C," | : | 18 U.S.C. § 2 |
| LEROY FARMER, | : | |
|     a/k/a "Roy," | : | |
|     a/k/a "L," | : | |
|     a/k/a "Lee," | : | |
|     a/k/a "Elron," | : | |
| EDWARD BROWN, JR., | : | |
|     a/k/a "Eddie Brown," | : | |
|     a/k/a "Eddie Cane," | : | |
|     a/k/a "Cane," | : | |
| NASSAUN HINES, | : | |
|     a/k/a "Bubbles," | : | |
|     a/k/a "Nay," | : | |
| BASEEM TALIAFERRO, a/k/a "Baz," and | : | |
| MATTHEW PALMER, | : | |
|     a/k/a "Matt," | : | |
|     a/k/a "White Boy Matt," | : | |
|     a/k/a "White Boy" | : | |

## SUPERSEDING INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges:

## **COUNT 1**

(Conspiracy To Distribute Heroin)

1

1.  From in or about June 2009, to on or about May 15, 2010, in Atlantic County, in the District of New Jersey and elsewhere, the defendants,

JAMAL REID, a/k/a "Mal,"
JAMAHL DANIELS,
COURTNEY BROOMFIELD, a/k/a "Hi-C,"
LEROY FARMER,
a/k/a "Roy,"
a/k/a "L,"
a/k/a "Lee,"
a/k/a "Elron,"
EDWARD BROWN, JR.,
a/k/a "Eddie Brown,"
a/k/a "Eddie Cane,"
a/k/a "Cane,"
NASSAUN HINES,
a/k/a "Bubbles,"
a/k/a "Nay,"
BASEEM TALIAFERRO, a/k/a "Baz," and
MATTHEW PALMER,
a/k/a "Matt,"
a/k/a "White Boy Matt,"
a/k/a "White Boy,"

did knowingly and intentionally conspire and agree with each other, with C.W., J.H., and with others, to distribute and to possess with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

2.  At times relevant to this Superseding Indictment, defendants JAMAL REID, a/k/a "Mal," JAMAHL DANIELS, C.W. (who is named as a co-conspirator but not as a defendant herein), COURTNEY BROOMFIELD, a/k/a "Hi-C," LEROY FARMER, a/k/a "Roy," a/k/a "L," a/k/a "Lee," a/k/a "Elron," EDWARD BROWN, JR., a/k/a "Eddie Brown," a/k/a "Eddie Cane," a/k/a "Cane," NASSAUN HINES, a/k/a "Bubbles," a/k/a "Nay," BASEEM TALIAFERRO, a/k/a "Baz," and MATTHEW PALMER, a/k/a "Matt," a/k/a "White Boy Matt," a/k/a "White Boy,"

2

J.H. (who is named as a co-conspirator but not as a defendant herein), and others constituted an organization (hereinafter "the Reid Organization") involved in the distribution of controlled substances, such as heroin, in the Atlantic County, New Jersey area and elsewhere.

3. At times relevant to this Superseding Indictment:

    a.  defendant JAMAL REID, a/k/a "Mal," directed the Reid Organization's drug distribution activities;

    b.  defendant JAMAHL DANIELS supplied heroin to the Reid Organization and, along with defendant JAMAL REID, a/k/a "Mal," arranged for its distribution;

    c.  C.W. delivered heroin from defendant JAMAHL DANIELS to defendant JAMAL REID, a/k/a "Mal," and to other co-conspirators on defendant JAMAL REID's behalf;

    d.  defendants COURTNEY BROOMFIELD, a/k/a "Hi-C," LEROY FARMER, a/k/a "Roy," a/k/a "L," a/k/a "Lee," a/k/a "Elron," and EDWARD BROWN, JR., a/k/a "Eddie Brown," a/k/a "Eddie Cane," a/k/a "Cane" received and accepted deliveries of heroin on behalf of defendant JAMAL REID, a/k/a "Mal";

    e.  defendants COURTNEY BROOMFIELD, a/k/a "Hi-C," LEROY FARMER, a/k/a "Roy," a/k/a "L," a/k/a "Lee," a/k/a "Elron," EDWARD BROWN, JR., a/k/a "Eddie Brown," a/k/a "Eddie Cane," a/k/a "Cane," NASSAUN HINES, a/k/a "Bubbles," a/k/a "Nay," BASEEM TALIAFERRO, a/k/a "Baz," MATTHEW PALMER, a/k/a "Matt," a/k/a "White Boy Matt," a/k/a "White Boy," and J.H. purchased heroin in bulk from defendant JAMAL REID, a/k/a "Mal" for further wholesale and street-level distribution;

    f.  defendants JAMAL REID, a/k/a "Mal," COURTNEY BROOMFIELD, a/k/a "Hi-C," LEROY FARMER, a/k/a "Roy," a/k/a "L," a/k/a "Lee," a/k/a "Elron," EDWARD BROWN,

3

JR., a/k/a "Eddie Brown," a/k/a "Eddie Cane," a/k/a "Cane," NASSAUN HINES, a/k/a

"Bubbles," a/k/a "Nay," MATTHEW PALMER, a/k/a "Matt," a/k/a "White Boy Matt," a/k/a

"White Boy," and J.H. coordinated the receipt and distribution of heroin for the Reid

Organization;

       g.  defendants JAMAL REID, a/k/a "Mal," COURTNEY BROOMFIELD, a/k/a "Hi-

C," LEROY FARMER, a/k/a "Roy," a/k/a "L," a/k/a "Lee," a/k/a "Elron," EDWARD BROWN,

JR., a/k/a "Eddie Brown," a/k/a "Eddie Cane," a/k/a "Cane," NASSAUN HINES, a/k/a

"Bubbles," a/k/a "Nay," BASEEM TALIAFERRO, a/k/a "Baz," MATTHEW PALMER, a/k/a

"Matt," a/k/a "White Boy Matt," a/k/a "White Boy," and J.H. coordinated the collection of

money to pay for the Reid Organziation's heroin; and

       h.  defendants JAMAL REID, a/k/a "Mal," COURTNEY BROOMFIELD, a/k/a "Hi-

C," LEROY FARMER, a/k/a "Roy," a/k/a "L," a/k/a "Lee," a/k/a "Elron," EDWARD BROWN,

JR., a/k/a "Eddie Brown," a/k/a "Eddie Cane," a/k/a "Cane," NASSAUN HINES, a/k/a

"Bubbles," a/k/a "Nay," BASEEM TALIAFERRO, a/k/a "Baz," MATTHEW PALMER, a/k/a

"Matt," a/k/a "White Boy Matt," a/k/a "White Boy," and J.H. stored heroin for the Reid

Organization.

<u>Object, Manner, and Means of the Conspiracy</u>

   4.  It was the object of the conspiracy to distribute heroin in Atlantic County, New Jersey

and elsewhere for profit.

   5.  It was part of the conspiracy that certain co-conspirators obtained heroin from New York,

northern New Jersey, and elsewhere.

4

6.   It was further part of the conspiracy that certain co-conspirators purchased heroin for distribution in bags that were colored or stamped with brand names or markings such as "Gucci," "Fendi," "Hello Kitty," "Prada," "Iron Man," "Cartier III," "Good Shit," "Incredible Hulk," and "Block Party," to distinguish it from other heroin sold in Atlantic County, New Jersey.

7.   It was further part of the conspiracy that the members of the Reid Organization used coded language to discuss the distribution of heroin and the collection of money for heroin.

8.   It was further part of the conspiracy that certain co-conspirators stored the heroin prior to it being sold.

9.   It was further part of the conspiracy that certain co-conspirators retrieved, transferred, and transported the heroin to co-conspirators and to others from other co-conspirators.

10. It was further part of the conspiracy that certain co-conspirators retrieved, transferred, and transported money in exchange for heroin for the Reid Organization.


In violation of Title 21, United States Code, Section 846.

## COUNT 2
(Previously Convicted Felon in Possession of a Firearm)

On or about May 15, 2010, in Atlantic County, in the District of New Jersey and elsewhere, the defendant,

JAMAL REID, a/k/a "Mal,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the state of New Jersey, did knowingly possess, in and affecting commerce, ammunition and a firearm, namely:  one Ruger revolver, .357 magnum caliber, model Security Six, bearing serial number 15936407, fully loaded with 6 rounds; one Jiminez Arms 9mm semi-automatic handgun, model JA Nine, serial number 074678, with 7 rounds in the magazine; and one Ruger 9mm semi-automatic handgun, model P95DC, serial number obliterated, with 10 rounds in the magazine.

In violation of Title 18, United States Code, Section 922(g)(1), and Title 18, United States Code, Section 2.

6

## COUNT 3
(Previously Convicted Felon in Possession of a Firearm)

On or about May 15, 2010, in Atlantic County, in the District of New Jersey and elsewhere, the defendant,

COURTNEY BROOMFIELD, a/k/a "Hi-C,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the state of New York, did knowingly possess, in and affecting commerce, ammunition and a firearm, namely: one Ruger revolver .357 magnum caliber, model Security Six, bearing serial number 15936407, fully loaded with 6 rounds; one Jiminez Arms 9mm semi-automatic handgun, model JA Nine, serial number 074678, with 7 rounds in the magazine; and one Ruger 9mm semi-automatic handgun, model P95DC, serial number obliterated, with 10 rounds in the magazine.

In violation of Title 18, United States Code, Section 922(g)(1), and Title 18, United States Code, Section 2.

7

## COUNT 4
### (Previously Convicted Felon in Possession of a Firearm)

On or about May 15, 2010, in Atlantic County, in the District of New Jersey and elsewhere, the defendant,

NASSAUN HINES, a/k/a "Bubbles," a/k/a "Nay,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the state of New Jersey, did knowingly possess, in and affecting commerce, ammunition and a firearm, namely: one Ruger revolver .357 magnum caliber, model Security Six, bearing serial number 15936407, fully loaded with 6 rounds; one Jiminez Arms 9mm semi-automatic handgun, model JA Nine, serial number 074678, with 7 rounds in the magazine; and one Ruger 9mm semi-automatic handgun, model P95DC, serial number obliterated, with 10 rounds in the magazine.

In violation of Title 18, United States Code, Section 922(g)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

___

FOREPERSON                            _____

_Paul J. Fishman_
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 11-706 (JHR)

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA
### v.
### JAMAL REID, a/k/a "Mal,"
### JAMAHL DANIELS,
### COURTNEY BROOMFIELD, a/k/a "Hi-C,"
### LEROY FARMER, a/k/a "Roy," a/k/a "L," a/k/a "Lee," a/k/a "Elron,"
### EDWARD BROWN, JR., a/k/a "Eddie Brown," a/k/a "Eddie Cane," a/k/a "Cane,"
### NASSAUN HINES, a/k/a "Bubbles," a/k/a "Nay,"
### BASEEM TALIAFERRO, a/k/a "Baz,"
### MATTHEW PALMER, a/k/a "Matt," a/k/a "White Boy Matt," a/k/a "White Boy"

# SUPERSEDING INDICTMENT FOR
21 U.S.C. § 846
18 U.S.C. § 922
18 U.S.C. § 2

A True Bill,

Foreperson

## PAUL J. FISHMAN
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

JASON M. RICHARDSON
ALYSON M. OSWALD
*ASSISTANT U.S. ATTORNEYS*
*856-757-5026*

USA-48AD 8
(Ed. 1/97)